R. LAWRENCE BRAGG, SBN119194
**VITALE & LOWE**
3249 Quality Drive, #200
Rancho Cordova, CA  95670-6098
Tel : 916 / 851-3750
Fax: 916 / 851-3770

Counsel for Defendants
HARRY D. WILSON, INC. dba
MADERA HONDA SUZUKI,
(sued erroneously herein as Madera
Honda Suzuki, a California Corporation,
Harry D. Wilson, Inc., a California Corporation)
and ROBERT D. WILSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDNA HESS, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>MADERA HONDA SUZUKI, a California Corporation, HARRY D. WILSON, INC., a California Corporation, ROBERT D. WILSON, an individual, and DOES 1 through 10 inclusive,<br>        Defendants. | Case No.  1:10-CV-01821-AWI-BAM<br><br>**ORDER CONTINUING MANDATORY SETTLEMENT CONFERENCE** |

      Pursuant to a Stipulation of the parties that, due to a trial conflict on the part of defense counsel, it is Ordered that the Mandatory Settlement Conference in the above matter be continued from July 18, 2012 at 9:30 a.m. be continued to August 23, 2012 at 9:30 a.m. in Courtroom 8 of the United States District Court, 2500 Tulare St., Fresno, California.  A Confidential Settlement Conference Statement is **MANDATORY** from each party, and must be submitted to Judge McAuliffe's chambers, **at least seven (7) calendar  days prior to the Settlement Conference**.  Confidential Settlement Conference Statements are due e-mailed to bamorders@caed.uscourts.gov.

ORDER CONTINUING MANDATORY SETTLEMENT CONFERENCE

PAGE -1-

IT IS SO ORDERED.

Dated:   July 6, 2012                              /s/ Barbara A. McAuliffe
                                      UNITED STATES MAGISTRATE JUDGE