IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDNA HESS, | ) | 1:10-cv-01821-AWI-BAM |
| | ) | |
| Plaintiff, | ) | ORDER VACATING HEARING |
| | ) | DATE OF AUGUST 20, 2012 |
| v. | ) | |
| | ) | |
| MADERA HONDA SUZUKI; HARRY D. WILSON, INC.; ROBERT D. WILSON; and DOES 1 through 10, inclusive, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

    Defendants Madera Honda Suzuki et al. have filed a motion for summary judgment or summary adjudication in the alternative pursuant to Federal Rule of Civil Procedure 56. The Court, having reviewed the pleadings of record and all competent and admissible evidence submitted, finds this matter suitable for decision without oral argument. *See* Local Rule 230(g).

    Accordingly, the hearing date of August 20, 2012 is hereby VACATED and the parties shall not appear at that time. The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:   August 14, 2012

CHIEF UNITED STATES DISTRICT JUDGE