R. LAWRENCE BRAGG, SBN119194
**VITALE & LOWE**
3249 Quality Drive, #200
Rancho Cordova, CA  95670-6098
Tel :  916 / 851-3750
Fax:  916 / 851-3770

Counsel for Defendants
HARRY D. WILSON, INC. dba
MADERA HONDA SUZUKI,
(sued erroneously herein as Madera
Honda Suzuki, a California Corporation,
Harry D. Wilson, Inc., a California Corporation)
and ROBERT D. WILSON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDNA HESS, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MADERA HONDA SUZUKI, a California Corporation, HARRY D. WILSON, INC., a California Corporation, ROBERT D. WILSON, an individual, and DOES 1 through 10 inclusive,<br>　　　　Defendants. | Case No.  1:10-CV-01821-AWI-BAM<br><br>ORDER CONTINUING TRIAL AND PRE-TRIAL DEADLINES<br><br>HON. ANTHONY W. ISHII<br><br>CURRENT TRIAL DATE: 11/6/12 |

　　　Per the Stipulation of the parties, and good cause appearing, the Court hereby continues the Trial and Pre-Trial Conference in the above action as follows:

　　　The Pre Trial Conference will take place on December 19, 2012 at 8:30 a.m. in Courtroom 2;

　　　The trial will begin on February 20, 2013 at 8:30 a.m. in Courtroom 2.

IT IS SO ORDERED.

Dated:   September 17, 2012　　　　　　　　　　　／s／ *(signature)*
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

Case 1:10-cv-01821-AWI-BAM   Document 41   Filed 09/18/12   Page 2 of 2