R. LAWRENCE BRAGG, SBN119194
**VITALE & LOWE**
3249 Quality Drive, #200
Rancho Cordova, CA  95670-6098
Tel :  916 / 851-3750
Fax:  916 / 851-3770

Counsel for Defendants
HARRY D. WILSON, INC. dba
MADERA HONDA SUZUKI,
(sued erroneously herein as Madera Honda Suzuki, a California Corporation, Harry D. Wilson, Inc., a California Corporation) and ROBERT D. WILSON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDNA HESS, an individual,<br><br>             Plaintiff,<br><br>vs.<br><br>MADERA HONDA SUZUKI, a California Corporation, HARRY D. WILSON, INC., a California Corporation, ROBERT D. WILSON, an individual, and DOES 1 through 10 inclusive,<br><br>             Defendants. | Case No.  1:10-CV-01821-AWI-BAM<br><br>**ORDER CONTINUING TRIAL AND PRE-TRIAL DEADLINES**<br><br>**HON. ANTHONY W. ISHII**<br><br>**CURRENT TRIAL DATE: 2/20/13** |

Per the Stipulation of the parties, and good cause appearing, the Court hereby continues the Trial and Pre-Trial Conference in the above action as follows: :

AMENDED TRIAL AND PRE-TRIAL SCHEDULE

| MATTER | TIME | PLAINTIFF'S REQUEST | DEFENDANT'S REQUEST | COURT'S ORDER |
|---|---|---|---|---|
| **Pre-Trial Conference Date** | 11:00 a.m. | February 20, 2013 | February 13, 2013 | **March 6, 2013 at 8:30 a.m.** |

---

STIPULATION TO CONTINUE TRIAL AND PRE-TRIAL DEADLINES          PAGE -1-

| Trial | 9:00 a.m. | April 8, 2013 | April ___, 2013 | **April 23, 2013 at 8:30 a.m.** |

IT IS SO ORDERED.

Dated:  December 5, 2012                    _____
                                             UNITED STATES DISTRICT JUDGE

---

STIPULATION TO CONTINUE TRIAL AND PRE-TRIAL DEADLINES                 PAGE -2-