1    R. LAWRENCE BRAGG, SBN119194
**VITALE & LOWE**
2    11290 Pyrites Way, #210
Rancho Cordova, CA  95670-6098
3    Tel : 916 / 851-3750
Fax: 916 / 851-3770

4    Counsel for Defendants
HARRY D. WILSON, INC. dba
5    MADERA HONDA SUZUKI,
(sued erroneously herein as Madera
6    Honda Suzuki, a California Corporation,
Harry D. Wilson, Inc., a California Corporation)
7    and ROBERT D. WILSON

8

9                 UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF CALIFORNIA
10

11

12    EDNA HESS, an individual,           **Case No.  1:10-CV-01821-AWI-BAM**

13            Plaintiff,          **ORDER CONTINUING PRE TRIAL CONFERENCE**

14    vs.

                                                  **HON. ANTHONY W. ISHII**
15    MADERA HONDA SUZUKI, a California
Corporation, HARRY D. WILSON, INC., a    **CURRENT TRIAL DATE: 4/23/13**
16    California Corporation, ROBERT D. WILSON,
an individual, and DOES 1 through 10
17    inclusive,
          Defendants.

18

19

20        Per the Stipulation of the parties, and good cause appearing, the Court hereby

21 continues Pre Trial Conference in the above matter to March 22, 2013 at 8:30 a.m. in

22 above entitled Court.

23

24 IT IS SO ORDERED.

25 Dated:   March 1, 2013                                

26                 SENIOR  DISTRICT  JUDGE

27

28