McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Anthony Raimondo, #200387
Christina C. Tillman, #258627
Kristina M. Seward, #264739
5 River Park Place East
Fresno, California 93720-1501
Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300

Attorneys for Plaintiff EDNA HESS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| EDNA HESS, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MADERA HONDA SUZUKI, a California Corporation, HARRY D. WILSON, INC., a California Corporation, ROBERT D. WILSON, an individual, and DOES 1 through 10 inclusive,<br><br>　　　　　Defendants. | Case No. 1:10-CV-01821-AWI-BAM<br><br>**STIPULATION AND ORDER FOR SETTLEMENT CONFERENCE** |

　　　　Plaintiff EDNA HESS and Defendants HARRY D. WILSON, INC. dba MADERA HONDA SUZUKI, and ROBERT D. WILSON, by and through their respective attorneys of record herein, hereby stipulate as follows:

　　　　On August 23, 2012, the parties submitted this matter to a settlement conference before Your Honor.  The parties were unable to reach an agreement at that time.  The parties, having conducted further settlement discussions, believe that it is in the parties best interest to again submit this matter to a settlement conference.

　　　　1.　　The parties stipulate to conducting a settlement conference before Honorable Barbara A. McAuliffe in The United States District Court, Eastern District of California – Fresno on June 17. 2013 at 10:00 a.m.

2. The parties have secured the settlement conference date of June 17, 2013 at 10:00 a.m. with Magistrate Judge McAuliffe.

Dated: April 9, 2013                                             McCORMICK, BARSTOW, SHEPPARD,
                                                                                    WAYTE & CARRUTH LLP


By: ___/ s / Anthony Raimondo___
Anthony Raimondo
Christina C. Tillman
Kristina M. Seward
Attorneys for Plaintiff EDNA HESS


Dated: April 9, 2013                                             VITALE & LOWE


By: ___/ s / R. Lawrence Bragg___
R. Lawrence Bragg
Attorneys for Defendants HARRY D. WILSON, INC. dba MADERA HONDA SUZUKI, (sued erroneously herein as Madera Honda Suzuki, a California Corporation) and ROBERT D. WILSON


### ORDER

Based upon the above stipulation, the Court hereby SETS a Settlement Conference for **June 17, 2013 at 10:00am in Courtroom 8,** before Honorable Barbara A. McAuliffe. A Confidential Settlement Conference Statement is MANDATORY from each party, and must be submitted to Judge McAuliffe's chambers, at least seven (7) calendar days prior to the Settlement Conference. Confidential Settlement Conference Statements are due e-mailed to bamorders@caed.uscourts.gov. All other dates remain in full force and effect.

IT IS SO ORDERED.

Dated:   **April 10, 2013**                          /s/ *Barbara A. McAuliffe*
                                                                    UNITED STATES MAGISTRATE JUDGE

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2
STIPULATION AND ORDER FOR SETTLEMENT CONFERENCE