Raimondo & Associates
Anthony Raimondo, #200387
  *apr@raimondoassociates.com*
7080 N. Marks Avenue, Suite 117
Fresno, California 93711
Telephone:   (559) 432-3000
Facsimile:   (559) 432-2242

Attorneys for Plaintiff EDNA HESS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT CALIFORNIA

| | |
|---|---|
| EDNA HESS, an individual<br><br>          Plaintiff,<br><br>     v.<br><br>MADERA HONDA SUZUKI, a California Corporation, HARRY D. WILSON, INC., a California Corporation, ROBERT D. WILSON, an individual, and DOES 1 through 10 inclusive,<br><br>          Defendants. | Case No. 1:10-CV-01821-AWI<br><br>**STIPULATION TO CONTINUE JUDICIAL SETTLEMENT CONFERENCE AND TRIAL AND ORDER THEREON**<br><br>Date:   September 3, 2014<br>Time:   9:30 am<br>Dept.:  8 (BAM) |

WHEREAS, Anthony Raimondo, counsel for the plaintiff Edna Hess, departed from McCormick Barstow on Friday May 30, 2014 to establish Raimondo & Associates which occasioned a six to eight week delay while the plaintiff decided who was going to represent her going forward;

WHEREAS, in light of the delays it has been impossible to perform the required business valuation in advance of the settlement conference; and

WHEREAS, the parties desire more time to perform the required business valuation;

NOW, THEREFORE, the Plaintiff and Defendants in the above-captioned matter, through their respective counsel of record, agree and hereby stipulate to the following:

1. The Judicial Settlement Conference scheduled in this matter for Wednesday, September 3, 2014 at 9:30 a.m. in Department 8 of the above-entitled Court be continued for about 35 days, to Friday, October 10, 2014, or as soon thereafter as this matter may be heard; and

2. Trial that is set for November 18, 2014, be continued for at least 60 days, to January 20,

2015, or as soon thereafter as this matter may be re-set for trial.

Dated: August 14, 2014                                    RAIMONDO & ASSOCIATES

                                                    By: _____s/Anthony Raimondo_____
                                                              Anthony Raimondo
                                                        Attorney for Plaintiff, EDNA HESS

Dated: August 14, 2014                                    JACKSON LEWIS P.C.

                                                    By: _____s/Robert Schnack_____
                                                              Robert J. Schnack
                                          Attorney for Defendants, MADERA HONDA SUZUKI,
                                          a California Corporation, HARRY D. WILSON, INC., a
                                             California Corporation, ROBERT D. WILSON, an
                                                                individual

**ORDER MODIFYING SCHEDULING ORDER**

Pursuant to the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that the Amended Scheduling Order (Doc. 63) is modified as follows:

1. The judicial settlement conference set for September 3, 2014 is continued to October 16, 2014, at 9:30 AM in Courtroom 8 before United States Magistrate Judge Barbara A. McAuliffe;

2. The pretrial conference set for October 1, 2014 is continued to March 4, 2015 at 10:00 AM in Courtroom 2 before United States District Judge Anthony W. Ishii;

3. The trial set for November 18, 2014 is continued to April 14, 2015, at 8:30 AM, in Courtroom 2 before United States District Judge Anthony W. Ishii.

IT IS SO ORDERED.

   Dated:  **August 15, 2014**                          /s/ *Barbara A. McAuliffe*
                                                          UNITED STATES MAGISTRATE JUDGE