1  RAIMONDO & ASSOCIATES
   ANTHONY RAIMONDO (SBN 200387)
2  7080 N. Marks Avenue, Suite 117
   Fresno, CA 93711
3  Telephone: (559) 432-3000
4  Fax: (559) 432-2242
   Email: *apr@raimondoassociates.com*
5
   Attorneys for Plaintiff
6  EDNA HESS

7  JACKSON LEWIS P.C.
   ROBERT J. SCHNACK (SBN 191987)
8  JERRY J DESCHLER (SBN 215691)
   801 K Street, Suite 2300
9  Sacramento, California  95814
   Telephone:     (916) 341-0404
10 Facsimile:     (916) 341-0141
   Email: *SchnackR@jacksonlewis.com*
11
   Attorneys for Defendants
12 HARRY D. WILSON, INC. dba
   MADERA HONDA SUZUKI
13 and ROBERT D. WILSON

14

15                    IN THE UNITED STATES DISTRICT COURT

16                    FOR THE EASTERN DISTRICT OF CALIFORNIA

| 17 | EDNA HESS, an individual, | **Case No. 1:10-CV-01821-AWI-BAM** |
|----|---|---|
| 18 | Plaintiff, | |
| 19 | vs. | **STIPULATION AND ORDER TO TAKE JUDICIAL SETTLEMENT CONFERENCE OFF-CALENDAR** |
| 20 | MADERA HONDA SUZUKI, a California Corporation, HARRY D. WILSON, INC., a California Corporation, ROBERT D. WILSON, an individual, and DOES 1 through 10 inclusive, | |
| 21 | | |
| 22 | | Date:   October 16, 2014<br>Time:   9:30 a.m.<br>Ctrm.:   8 |
| 23 | Defendants. | Magistrate Judge:  Hon. Barbara A. McAuliffe |
| 24 | | |

25  ///
26  ///
27  ///
28  ///

                                                1       Case No. 1:10-CV-01821-AWI-BAM
               STIPULATION TO TAKE SETTLEMENT CONFERENCE OFF-CALENDAR

Plaintiff and Defendants hereby stipulate that the judicial settlement conference presently set for October 16, 2014 at 9:30 a.m. be taken off of the Court's calendar, because the parties are presently discussing private mediation in lieu of the settlement conference.

Respectfully submitted,

Dated:  September  17, 2014                         JACKSON LEWIS P.C.

By: */s/ Robert J. Schnack*
ROBERT J. SCHNACK

Attorneys for Defendants
HARRY D. WILSON, INC. dba
MADERA HONDA SUZUKI
and ROBERT D. WILSON

Dated: September 17, 2014                            RAIMONDO & ASSOCIATES

By: */s/ Anthony Raimondo* (as authorized on 09.17.14)
ANTHONY RAIMONDO

Attorneys for Plaintiff
EDNA HESS

**ORDER**

The parties' above joint stipulation to take the judicial settlement conference off calendar is hereby APPROVED and GRANTED.   Accordingly, this Court VACATES the October 16, 2014, settlement conference and will not reset the settlement conference without the joint request of parties' counsel.

IT IS SO ORDERED.

Dated:   **September 19, 2014**                        /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE