**SUSAN K. HATMAKER 172543**
**HATMAKER LAW GROUP**
7522 N. Colonial Avenue, Suite 105
Fresno, California  93711
Telephone:  (559) 374-0077
Facsimile:   (559) 374-0078

Attorneys for Defendants
MADERA HONDA SUZUKI, a California Corporation,
HARRY D. WILSON, INC., a California Corporation, and
ROBERT D. WILSON, an individual

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDNA HESS, an individual, | Case No.  1:10-cv-01821-AWI-BAM |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE PRETRIAL CONFERENCE AND TRIAL AND ORDER THEREON** |
| MADERA HONDA SUZUKI, a California Corporation; HARRY D. WILSON, INC., a California Corporation; ROBERT D. WILSON, an individual; and DOES 1 through 10 inclusive, | Date:  March 4, 2015<br>Time:  10:00 a.m.<br>Dept:  Courtroom 2 |
| Defendants. | |

WHEREAS, the parties are in the process of scheduling a mediation with Retired Justice Nicholas Dibiaso.  It appears that Justice Dibiaso may be open in mid-May, 2015, otherwise the mediation will likely be scheduled in July, 2015 as Justice Dibiaso is out of the office for the month of June, 2015.

WHEREAS, in light of the mediation and scheduling thereof, the parties desire more time to complete a mediation with Justice Dibiaso in an effort to settle the above-captioned matter;

NOW, THEREFORE, the Plaintiff and Defendants in the above-captioned matter, through their respective counsel of record, agree and hereby stipulate to the following:

///

1. The Pretrial Conference scheduled in this matter for Wednesday, March 4, 2015 at 10:00 a.m. in Courtroom 2 of the above-entitled Court be continued to September 2, 2015 or as soon thereafter as this matter may be heard; and

2. Trial that is set for April 14, 2015, be continued until October 13, 2015 or as soon thereafter as this matter may be re-set for trial.

Dated:  March 3, 2015                    HATMAKER LAW GROUP

                                         By:  */s/ Susan K. Hatmaker*
                                              SUSAN K. HATMAKER
                                              Attorney for Defendants
                                              MADERA HONDA SUZUKI, a California Corporation, HARRY D. WILSON, INC., a California Corporation, and ROBERT D. WILSON, an individual

Dated:  March 3, 2015                    RAIMONDO & ASSOCIATES

                                         By:  */s/ Anthony Raimondo*
                                              ANTHONY RAIMONDO
                                              Attorney for Plaintiff
                                              EDNA HESS

## **ORDER**

Pursuant to the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that the Amended Scheduling Order (Doc. 63) is modified as follows:

1. The Pretrial Conference set for March 4, 2015, is continued to September 2, 2015 at 10:00 AM in Courtroom 2 before United States District Judge Anthony W. Ishii;

2. The trial set for April 14, 2015, is continued to **October 14, 2015**, at 8:30 AM, in Courtroom 2 before United States District Judge Anthony W. Ishii.

IT IS SO ORDERED.

Dated:   March 3, 2015                   _____
                                         SENIOR  DISTRICT  JUDGE