1  Raimondo & Associates, A Law Corporation
   Anthony Raimondo, #200387
2  *apr@raimondoassociates.com*
   7080 N. Marks Avenue, Suite 117
3  Fresno, California 93711
   Telephone:    (559) 432-3000
4  Facsimile:    (559) 432-2242

5  Attorneys for Plaintiff EDNA HESS

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT CALIFORNIA

10 | EDNA HESS, an individual | Case No. 1:10-CV-01821-AWI-BAM |
|---|---|
11 | Plaintiff, | **STIPULATION AND ORDER OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |
12 | v. | |
13-15 | MADERA HONDA SUZUKI, a California Corporation, HARRY D. WILSON, INC., a California Corporation, ROBERT D. WILSON, an individual, and DOES 1 through 10 inclusive, | |
16 | Defendants. | |

17

18     IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their

19 respective counsel that the above-captioned action is voluntarily dismissed, with prejudice against all

20 defendants pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

21     This dismissal is conditioned on the Court retaining jurisdiction to enforce the settlement

22 agreement in the event of a breach by either party.

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

Dated: August 13, 2015                                    RAIMONDO & ASSOCIATES


By: _____/s/_____
Anthony Raimondo
Attorney for Plaintiff EDNA HESS


Dated: August 13, 2015                                    HATMAKER LAW GROUP


By: _____/s/_____
Susan K. Hatmaker
Attorney for Defendants HARRY D. WILSON, INC.
dba MADERA HONDA SUZUKI and ROBERT D. WILSON


## **ORDER**

The Court hereby orders this matter dismissed with prejudice, the Court shall retain jurisdiction to enforce the settlement agreement between the parties. The Clerk is directed to close this case.

IT IS SO ORDERED.

Dated:   August 17, 2015                    _____
                                             SENIOR DISTRICT JUDGE